**[J-49-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF | : | No. 14 EAP 2026 |
| TONY DPHAX KING AS DEMOCRATIC | : | |
| CANDIDATE FOR THE 188TH | : | Appeal from the Commonwealth |
| LEGISLATIVE  DISTRICT | : | Court Order dated April 2, 2026 |
| | : | at docket No. 115 MD 2026 |
| | : | |
| APPEAL OF: TONY DPHAX KING | : | SUBMITTED:  April 7, 2026 |

## ORDER

**PER CURIAM**                                                          **DECIDED: April 8, 2026**

**AND NOW,** this 8th day of April, 2026, the order of the Commonwealth Court is

**AFFIRMED**.